UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TODD S. MCLAUGHLIN,<br><br>          Plaintiff,<br><br>   v.<br><br>JO ANNE BARNHART,<br><br>       Commissioner of<br>       Social Security.<br><br>          Defendant. | Case No. C00-5222RJB<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION<br>FOR ATTORNEY'S FEES |

       This matter comes before the court on Plaintiff's Counsel's Motion for Authorization of Attorney Fee Pursuant to 42 U.S.C. § 406(b). Dkt. 32. The court has considered the relevant documents and the remainder of the file herein.

       Plaintiff's counsel has requested that the court approve an attorney fee award of $10,132 pursuant to 42 U.S.C. § 406(b). Dkt. 32. Plaintiff requests that the fees will be allocated as follows: (1) the Commissioner will pay counsel $2,751.75 that has been withheld from plaintiff's past-due Social Security benefits; (2) the Commissioner will pay counsel $5,330, which counsel will remit to plaintiff; and (3) counsel may collect $2,050.25 from plaintiff pursuant to the fee agreement. Defendant has no objection to the request for $10,132 in fees in light of plaintiff's counsel's agreement to remit to plaintiff $5,330 in fees awarded pursuant to the Equal Access to Justice Act. Dkt. 34. Plaintiff's counsel has adequately supported his request. *See* Dkt. 32.

ORDER
Page - 1

Therefore, it is hereby

**ORDERED** that Plaintiff's Counsel's Motion for Authorization of Attorney Fee Pursuant to 42 U.S.C. § 406(b) (Dkt. 32) is **GRANTED**.   An attorney fee award of $10,132 is **APPROVED**, pursuant to 42 U.S.C. § 406(b).  The Commissioner is **ORDERED** to pay to plaintiff's counsel $8,081.75.  Plaintiff's counsel is **ORDERED** to remit to plaintiff $5,330.  The remainder of the award, $2,050.25, may be collected by plaintiff's counsel from plaintiff pursuant to the fee agreement.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 30th day of June, 2006.

Robert J. Bryan
United States District Judge